FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Annika Tangvald
Special Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:25-CR-00143-TOR-1 |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) Possession with Intent to Distribute 400 Grams or More of Fentanyl (Count 1) |
| JUSTIN J. KNIGHT, | |
| Defendant. | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of Firearm (Count 2) |
| | 18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of Drug Trafficking (Count 3) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about June 30, 2025, in the Eastern District of Washington, the Defendant, JUSTIN J. KNIGHT, knowingly possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 2

On or about June 30, 2025, in the Eastern District of Washington, the Defendant, JUSTIN J. KNIGHT, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Hellcat 9mm caliber pistol, bearing serial number BA525759, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 3

On or about June 30, 2025, in the Eastern District of Washington, the Defendant, JUSTIN J. KNIGHT, did knowingly possess a firearm, that is: a Springfield Hellcat 9mm caliber pistol, bearing serial number BA525759,

INDICTMENT – 2

in furtherance of a drug trafficking crime for which the Defendant may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 400 Grams or More of Fentanyl, as charged in Count 1, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), (viii), as set forth in Count 1 of this Indictment, Defendant, JUSTIN J. KNIGHT, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- $2,967.00 U.S. currency;

- a Springfield Hellcat 9mm caliber pistol, bearing serial number BA525759 and Springfield magazine loaded with thirteen (13) 9mm rounds

If any forfeitable property, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

INDICTMENT – 3

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 2 and/or in violation of 18 U.S.C. § 924(c)(1)(A)(i), as set forth in Count 3 of this Indictment, Defendant, JUSTIN J. KNIGHT, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense(s), including but not limited to:

- a Springfield Hellcat 9mm caliber pistol, bearing serial number BA525759 and Springfield magazine loaded with thirteen (13) 9mm rounds (Counts 2 and 3);

- a black magazine loaded with thirteen (13) rounds of 9mm ammunition (Count 2);

- nine (9) rounds of 22LR rounds of ammunition (Count 2); and,

//

//

//

//

INDICTMENT – 4

   - five (5) rounds of 9mm ammunition (Count 2)

DATED this __17__ day of September 2025.

A TRUE BILL

███████████

S. Peter Serrano
United States Attorney

Annika Tangvald
Special Assistant United States Attorney

INDICTMENT – 5